# United States Court of Appeals for the Federal Circuit

February 11, 2015

**ERRATUM**

Appeal No. 2014-1301

**IN RE CUOZZO SPEED TECHNOLOGIES, LLC.**

Decided: February 4, 2015
Precedential Opinion

Please make the following change:

Page 13, line 17 of the majority opinion, change "ing" to --(quoting--.